# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS

VERSUS

DAVID DIVINCENTI, ET AL.

CIVIL ACTION

NO. 12-731-SDD-RLB

## RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Richard L. Bourgeois dated February 26, 2014. Plaintiff has filed an *Objection*[2] which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Defendants' *Motion to Remand*[3] is GRANTED and the above captioned case is remanded to the Justice of the Peace Court, Ward III, District III, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, the 20TH day of March, 2014.

*Shelly D. Dick*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 26.
[2] Rec. Doc. 27.
[3] Rec. Doc. 13.

JOP